JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL LERMA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>M. MARTINEZ, et al.,<br><br>　　　　　Defendants. | Case No. EDCV 21-0253 JFW (PVC)<br><br>**ORDER SUMMARILY DISMISSING ACTION AND CLOSING CASE** |

On February 10, 2021, Plaintiff Michael Lerma, a state prisoner temporarily housed at the West Valley Detention Center in Rancho Cucamonga, California ("WVDC") while awaiting trial on federal charges, filed a civil rights complaint against WVDC officers pursuant to 42 U.S.C. § 1983. (Dkt. No. 1). Simultaneously with the Complaint, Plaintiff filed a Request to Proceed Without Prepayment of Filing Fees. ("IFP Request," Dkt. No. 2). On February 23, 2001, the Court denied Plaintiff's IFP Request for failure to make an adequate showing of indigency. ("Order," Dkt. No. 4). Plaintiff was ordered to pay the full filing fee within thirty days or his case would be summarily dismissed. (*Id*. at 1).

The deadline for paying the full filing fee has expired and Plaintiff has neither paid the full filing fee nor requested an extension of time in which to do so. Accordingly, it is

hereby ORDERED that this case is DISMISSED without prejudice. The Deputy Clerk shall terminate the case without delay.

IT IS SO ORDERED.

Dated: March 31, 2021

JOHN F. WALTER
UNITED STATES DISTRICT JUDGE

Presented by:

PEDRO V. CASTILLO
UNITED STATES MAGISTRATE JUDGE